**Electronically Filed
Supreme Court
SCWC-16-0000200
23-MAY-2018
11:06 AM**

SCWC-16-0000200

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

CAROLYN UYEDA and JAY UYEDA,
Petitioners and Respondents/Petitioners-Appellees,

vs.

EVAN SCHERMER,
Respondent and Petitioner/Respondent-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000200; CASE NO. 3SS 15-1-153K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners and Respondents/Petitioners-Appellees

Carolyn Uyeda and Jay Uyeda's application for writ of certiorari

filed on April 12, 2018, is hereby rejected.

DATED:  Honolulu, Hawai‘i, May 23, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

